

CHIEF JUSTICE
JOSH R. MORRISS, III

JUSTICES
JACK CARTER
BAILEY C. MOSELEY

**Court of Appeals**
*Sixth Appellate District*
*State of Texas*

CLERK
DEBRA K. AUTREY

BI-STATE JUSTICE BUILDING
100 NORTH STATE LINE AVENUE #20
TEXARKANA, TEXAS 75501
(903) 798-3046

December 18, 2012

Hon. Leon F. Pesek Jr.
Judge, 202nd Judicial District
100 N State Line, #10
Texarkana, TX 75501

Hon. Jason L. Horton
Horton Law Firm
P O Box 1596
Texarkana, TX 75504

Hon. Lauren Sutton
Assistant District Attorney
601 Main St
Texarkana, TX 75501

**RE:** Appellate Case Number: 06-12-00127-CR
Trial Court Case Number: 12F0172-102

**Style:** Joshua Green
v.
The State of Texas

Enclosed is this Court's Order rendered this date in the referenced proceeding.

Respectfully submitted,

Debra K. Autrey, Clerk

By _____
Deputy

cc: Billy Fox



# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-12-00127-CR

JOSHUA GREEN, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 102nd District Court
Bowie County, Texas
Trial Court No. 12F0172-102

Before Morriss, C.J., Carter and Moseley, JJ.

# ORDER

Joshua Green appeals from his conviction for sexual assault of a child. Appellant's counsel has informed this Court that State's Exhibit 2 from a pretrial suppression hearing is missing. Counsel states that he has contacted the district clerk, district attorney, and court reporter and that none have the exhibit in their possession: a video recording of appellant's interactions with police in connection with his alleged waiver of his constitutional rights. The reporter's record has a photocopy of the disc, but its contents were evidently not recorded by the reporter for transcription.

We abate this appeal to the trial court pursuant to Rule 34.6(f) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 34.6(f). The trial court is to conduct a hearing and determine whether the missing portion of the record is lost, and, if so, whether it can be replaced by agreement of the parties.

The hearing shall be conducted by the trial court within twenty days of the date of this order, that is, on or before January 7, 2013. The trial court's findings concerning the above matters shall be provided in a supplemental clerk's record. The supplemental clerk's record and the reporter's record of that hearing shall be prepared immediately and shall be received by this Court no later than January 22, 2013. No extensions will be granted.

All appellate timetables are stayed pending further notice of this Court.

IT IS SO ORDERED.

BY THE COURT

Date: December 18, 2012

2